# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. CCB-19-0351 |
| v. | * | |
| **CHERYL DIANE GLENN,** | * | **UNDER SEAL** |
| **Defendant.** | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL INFORMATION AND CASE

Now comes the United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Derek E. Hines and Leo J. Wise, Assistant United States Attorneys for said District, and respectfully moves this Court to Order that this Information, Motion to Seal, and the entire case, be **SEALED** until further Order of the Court in order to protect the integrity of an ongoing investigation of matters related to the Defendant. Premature disclosure of this Information or the case against the Defendant may cause associates of the Defendant to flee or conceal evidence of offenses that are actively being investigated by the FBI.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Derek E. Hines
Leo J. Wise
Assistant United States Attorneys

ORDERED as prayed this 23rd day of July, 2019.

_____
~~The Hon. James K. Bredar~~ Catherine C. Blake
United States ~~Chief~~ District Judge