# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| vs. | * | Case No.: CCB-19-0351 |
| **CHERYL DIANE GLENN** | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \*

# UNDER SEAL

### ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for Cheryl Diane Glenn (defendant).

I certify that I am admitted to practice in this court.

December 20, 2019

/s/
William C. Brennan, Jr.
Brennan McKenna & Lawlor, Chtd.
Bar Number: 00465
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770
301.474.0044     (telephone number)
301.474.5730     (facsimile number)
wbrennan@bsm-legal.com (email)