IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CRIMINAL NO. CCB-19-0351 |
| v. | * | |
| **CHERYL DIANE GLENN,** | * | |
| **Defendant** | * | |

*******

## MOTION TO UNSEAL INFORMATION AND CASE

Now comes the United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Derek E. Hines and Leo J. Wise, Assistant United States Attorneys for said District, and respectfully moves this Court to Order that the Information and the entire case be **UNSEALED** because the reasons for sealing the Information and case are no longer applicable and the Defendant is aware of the charges against her.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: _____
Derek E. Hines
Leo J. Wise
Assistant United States Attorneys

ORDERED, this 23rd day of December, 2019 that the Information and the entire case be **UNSEALED**.

_____
The Honorable Catherine C. Blake
United States District Judge