AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. CCB-19-0351 |
| Cheryl Diane Glenn ) | |
| ) | |
| *Defendant* ) | |

**FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND**
**2020 JAN 22 PM 3:23**
**CLERK'S OFFICE AT BALTIMORE**
**DEPUTY**

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Jan 22, 2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

William Brennan, Esq.
*Printed name of defendant's attorney*

_____ 1/22/20
*Judge's signature*

The Hon. Catherine C. Blake
*Judge's printed name and title*