**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

April 29, 2020

MEMORANDUM TO COUNSEL

    Re:   *United States v. Cheryl Glenn*
              <u>Criminal No. CCB-19-0351</u>

Dear Counsel:

    As you know, the defendant Cheryl Glenn had been scheduled for sentencing on May 8, 2020. In light of the current public health circumstances and the court's standing orders, I propose that the sentencing be postponed until sometime after June 5, 2020. Please let me know if there is any objection to this postponement. If not, I ask counsel to contact chambers after June 5, 2020, to obtain a new date.

    Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                            Sincerely yours,

                                            /S/

                                            Catherine C. Blake
                                            United States District Judge