UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

July 2, 2020

MEMORANDUM TO COUNSEL

Re:   *United States v. Cheryl Glenn*
        Criminal No. CCB-19-0351

Dear Counsel:

This will confirm the results of our conference call June 30, 2020. The sentencing in this case, to be held by videoconference with the defendant's consent, has been scheduled for **July 29, 2020, at 2:15 p.m**. The defendant's sentencing memorandum is due July 15, 2020; the government's response is due July 22, 2020.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge