**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF                                                    U.S. COURTHOUSE
CATHERINE C. BLAKE                                    101 WEST LOMBARD STREET
UNITED STATES DISTRICT JUDGE                 BALTIMORE, MARYLAND 21201
                                                                        (410) 962-3220
                                                                        Fax (410) 962-6836

July 17, 2020

MEMORANDUM TO WILLIAM BRENNAN, ESQUIRE

    Re:    *United States v. Cheryl Glenn*
           Criminal No. CCB-19-0351

Dear Mr. Brennan:

I have reviewed your motion to seal the sentencing memorandum recently filed on behalf of your client Cheryl Glenn.  As you know, this case may be of public interest. While there may be portions of the memorandum and exhibits that are entitled to confidentiality, it is not clear you have shown sufficient justification under applicable Fourth Circuit law for sealing the entire memorandum and all the exhibits. *See United States v. Doe*, 962 F.3d 139, 146 (4th Cir. 2020).  Accordingly, you are requested to file on the public docket by July 24, 2020, a redacted version of the memorandum and exhibits, and at the same time file a more specific justification for sealing any portion of the documents you believe are entitled to protection.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge

cc:  AUSA Leo Wise