The Honorable Catherine C. Blake                                    May 21, 2020
United States District Judge

Dear Judge Blake,

      I hope this letter finds you and your family in good health during these trying times.  I write this letter in support of a woman who I consider a part of my extended family: Cheryl Glenn.

      I first met Ms. Glenn when I was a reporter for a local television station in Baltimore assigned to investigate the concerns of several dozen Baltimore City employees who had suffered employment related problems such as loss of vacation pay, working overtime without the appropriate compensation and being laid off without notice.  Ms. Glenn had spoken with these employees, understood their concerns and tried to help them individually by talking with city leaders.  Although many promises were made, the working conditions generally remained the same. These accounting clerks, receptionists, cashiers and secretaries had never been part of a union until Ms. Glenn organized them into a single unit.  This unit, The City Union of Baltimore, asked for and eventually received the same type of benefits and considerations that police officers and firefighters, even sanitation workers, had enjoyed for years.  Of course, none of this happened overnight and I covered the progress of Ms. Glenn's efforts during the late 1970's and early 1980's.  She eventually was elected to head the union but the months she spent organizing the workers were done on her own time without pay.  It was then that I first came to realize how dynamic an individual she was.  Here was a woman who had not attended college, had no training as an organizer; but with the desire to help people, who grew up poor, like herself, attain reasonably comfortable lives for themselves and their families.

      After I was elected to the Maryland House of Delegates in 1983, I often sought Ms. Glenn's advice and counsel when the issues of working conditions and minimum hourly wages came before the state legislature.  Two decades later, Ms. Glenn, herself, was elected to the Maryland House of Delegates.  I worked with her on issues ranging from parole reform and the repeal of mandatory sentencing to employment concerns including the increase of the minimum wage.  She had deep desire to help, not only her constituents, but all Marylanders who, heretofore, had not had a voice in matters that effected their quality of life.

      Even after the death of her husband, Ms. Glenn remained a strong voice for the poor and homeless in Baltimore City.  When she stood on the House floor to speak on these issues you could hear a pin drop.  She spoke passionately and from her heart, never using notes or prepared text and her voice was heard.

      I am so disheartened that we have lost Ms. Glenn's voice.  I think my colleagues saw her as a genuine person motivated by a sense of service.  I am dismayed by her actions that brought her before you, but I am sure, regardless of the punishment, she will return to her community and help in the way that only she can.


Sincerely,


Curt Anderson
Member, Maryland House of Delegates

**DELEGATE DARRYL BARNES**
*Legislative District 25*
Prince George's County

——
ASSISTANT SPEAKER PRO TEM
DEPUTY MAJORITY WHIP

——
Ways and Means Committee

——
*Chair*
Legislative Black Caucus of Maryland



The Maryland House of Delegates
6 Bladen Street, Room 363
Annapolis, Maryland 21401
410-841-3557 · 301-858-3557
800-492-7122 *Ext.* 3557
*Fax* 410-841-3498 · 301-858-3498
Darryl.Barnes@house.state.md.us

## THE MARYLAND HOUSE OF DELEGATES
### ANNAPOLIS, MARYLAND 21401

January 16, 2020

The Honorable Judge Catherine C. Blake
United States Judge

Dear Honorable Judge Blake,

It is with great pleasure to write this letter on behalf of my long-term colleague, mentor and friend, Cheryl D. Glenn. I have had the honor of working alongside Cheryl for more than 6 years within the Maryland General Assembly and Legislative Black Caucus of Maryland.

I was both shocked and troubled to hear of the recent events concerning Cheryl as she always imbued a high degree of integrity, leadership, and unwavering conviction. Representing District 45 for more than a decade and serving as a union leader for over 30 years, Cheryl has been a tireless fighter for the city of Baltimore and the State of Maryland – yielding countless resources and pushing legislation to move our community and state forward.

Over the past few years, Cheryl has built reputable character as an champion for the legalization of medical cannabis and ensuring minority participation in the industry. Named after her late mother, the Natalie M. LaPrade Maryland Medical Cannabis Commission, is a byproduct of Cheryl's commitment to ensuring that all Marylanders have access to licenses and treatment and are educated of its medicinal benefits.

Serving as the Chair Emeritus for the Legislative Black Caucus of Maryland, Cheryl has instilled in me the importance of public service and selfless leadership. Her dedication to helping others other in need has not only inspired me, but has also cemented a legacy for other legislators in Annapolis.

As a widow, mother of 5 and grandparent to 8, a legal sentence would cause a significant impact for her family. It is without any hesitation that I can attest to her honesty and moral character.  If you need any further information, please feel free to contact me.

Sincerely,

Darryl Barnes
Chairman, Legislative Black Caucus of Maryland, Inc.

To: The Honorable Catherine C. Blake, United States District Judge

From: Diana L Bell

Subject: Character Letter for Cheryl D. Glenn (Known to me as Cheryl Jennings Glenn)

Date: January 22, 2020


My first memory of Cheryl Jennings goes back to March, 1961 when we both sold Girl Scout cookies through our troop in Baltimore, MD. My mother was the Girl Scout Cookie mom for our troop. From that experience, Cheryl became a regular visitor to our house. She attended Girl Scout Day Camp with me and my sisters. We were classmates in our junior high school's enrichment program for 7th and 8th graders. And, we both were selected to attend the Advanced College Prep Program at Western High School, the oldest all female public school in the US.

Though our paths diverged after high school, we reconnected about 12 years ago at the wedding of a mutual friend.  Cheryl introduced her husband Ben Glenn to me as "the love of her life". I was touched that, in anticipation of seeing me, she had brought a high school photo of me. I chuckled because I still had her graduation photo as well. We updated each other on family members and consoled each other after learning that we each had lost a sibling. She shared her memories of my mother and how she loved to come to our house and help us make chili. And, then, she would stay for dinner, of course.

We commiserated and laughed about the fact that the two of us had become the primary caregivers for our mothers. Cheryl shared stories about how she would advocate for her mother when she was hospitalized. I, of course, agreed! We then laughed saying that those hospital folks did not know that we were Western Girls who knew how to get the care required for our loved ones. We loved our mothers unto the end. We committed to stay in touch and we have. I treasure the photo that I have with her from the reunion celebration for the 50th anniversary of our high school graduation. She made our 9th grade French teacher proud by speaking and leading us in a song in French.

That's the Cheryl Jennings Glenn that I know. A woman who loves her family and friends, who treasures the richness of her past while building on the hope and promise of tomorrow. When we sang that Girl Scout song in the 60s, even I didn't think that she would become a public servant, or that her loyalty to her friends would last for over 60 years. But, she did and it has! A loyal public servant who wore a G for Good old Glory and an L for Loyalty.

Family is everything to Cheryl. I pray for her and her family during this challenging time.

Taylor Nikila Bishop
5241 Darien Road
Baltimore, MD 21206

May 1, 2020

The Honorable Judge Catherine C. Blake
United States District Judge

Dear Judge Blake,

My name is Taylor Bishop and I am the granddaughter-daughter of Cheryl D. Glenn. She has been in my life since the day I was born and has raised me since I was only a few months old.

My mother is a kind, caring, hard-working and honest person. When I was a few months old, my birth mother, her daughter, realized that she couldn't take care of me. So, rather than allow me to be put into the foster system, she took me in and raised me as her own, never expecting a single dime of child support from my birth mother.

My mother has worked hard her whole life and in mine. When I was in elementary school, she was the PTA president for the duration of my education at that school fighting for every single student to have a decent education.  Over and over again, my mother always told her children and her grandchildren, "we don't do jail".  She told us to never do anything that would land us in jail.  We heard her say more times than I can recall, "if you go to jail, I'm not going to visit you and I may not want to see you when you get out".  Needless to say, none of us have ever broke the law, and there are 2 children, and 5 grandchildren, all of us are grown now.

When Mom was elected into the House of Delegates back in 2007, one of the first things she did was draft a bill to make growing and distributing medical marijuana legal. This was a bill she decided to do all on her own without any bribery or coercion from anybody. She knew it was important that my cousins and myself know the importance of doing things the right way and showed us what that meant through her exceptional example.

Although it's not entirely important to her character reference, I feel that it is important that it be known that the bill for medical marijuana was named after my mother's mother, my great grandmother, Natalie LaPrade. When Grandma was in the late stage in her life, she had a lot of ailments, many of which could have been lessoned had medical marijuana had been legal at the time.

I was very sad to learn that Mom had been set up by Mr. Bob Cockey, for reasons that we still don't know.  Mr. Cockey was supposed to be a business friend.  He came to our house with his son, Robbie to fix our kitchen sink when it wouldn't stop leaking after my Mom called him to ask for help.  Mom trusted him and did what he asked her to do, all the time thinking he

was helping her with his own money.  Mr. Cockey even told me numerous times that he would find me a good job in the food industry, he even had me take the "Serve Safe" test to be able to work with him at his bar/lounge.

As long as I can remember, my Mom volunteered her time helping in the community and the schools.  She made sure that she got the funds from the Mayor to completely renovate Radecke Playfield, a football/baseball field, in our community so that the thousands of children who use that field would be able to have a decent field to play on.  That was a real big deal for our community.  Mom also made sure she actively participated in all of the community associations, and their events, in our district.  Mom made sure she got turkeys and food for needy families on the holidays with the churches in our community.  I always remember her teaching me the importance of giving to those who are less fortunate and fighting for people who can't fight for themselves.  That was the reason why Mom started a brand new Union for Baltimore City in 1988.  She explained that the employees needed representation from a real Union, so for 5 years, she worked hard organizing this Union, with no pay, on her own time and she very proudly tells the story of how she was presented the Charter at an AFT Convention in San Francisco.  Mom was elected the first President of the City Union of Baltimore, and she represented 8,000 City employees from all City agencies for 6 years.

Let me close by saying that I don't know what our family would do without Mom.  Our house is where all of our family comes every holiday, and every special family occasion.  Mom always tells me how blessed I am that I have only lived in one house ever since she and my Dad brought me to live with them (I was a very young baby).  She always recalls how she remembers that her family had to move constantly from one house to another; Mom went to 10 different elementary schools as a result.  Mom was also homeless as a teenager, with her baby brother for a year.  I think she always wanted to help others because of her experiences.

I hope that by reading this letter, you will see that there is no way that my mother is the type of person to be dishonest and steal money in any way, shape or form.  Mom is a good person with a very good heart.  I love her and I respect her and how she has lived her life.


Sincerely,
Taylor Bishop
410-236-6037
tbrangersfan16@aol.com

**William Brennan**

| | |
|---|---|
| **From:** | Val Boyd <valdboyd@gmail.com> |
| **Sent:** | Tuesday, January 14, 2020 6:45 PM |
| **To:** | William Brennan |
| **Subject:** | Cheryl Glenn |

I have known Cheryl Glenn for 44 years. We worked together for over 10 years at the Board of Education before she founded and became President of the City Union of Baltimore. After her presidency at the City Union of Baltimore we worked at the Baltimore Teachers Union for several years. Cheryl was the ONLY Field Representative to hold monthly meeting with standing room only. I also worked with Cheryl after she pursued her ambition by being elected as a delegate for the 45th Legislative District.

I know this alleged charge is out of character because while working in Annapolis Cheryl would often have lunch/dinner with advocates and lobbyist, however; she would not let them pay for her lunch/dinner. That is how I know Cheryl shows a great deal of integrity. Cheryl is known to be dependable, responsible, honest, free-hearted, courteous and an enthusiastic leader and friend.

Cheryl has always maintained her professionalism, and gained the utmost respect for those she came in contact with.

I feel a sentence of imprisonment would be devastating to the family. Cheryl has custody of the granddaughter who is not able to effectively live on her own.

It is with sincere respect that I can say Cheryl is an honorable friend/individual, a valuable leader of the community, and a good human being.

Sincerely,

Val Boyd

BENJAMIN BROOKS
*Legislative District 10*
Baltimore County

CHIEF DEPUTY MAJORITY WHIP

Economic Matters Committee

*Subcommittees*

Chair, Public Utilities

Alcoholic Beverages

Property and Casualty Insurance

*Annapolis Office*
The Maryland House of Delegates
6 Bladen Street, Room 151
Annapolis, Maryland 21401
410-841-3352 · 301-858-3352
800-492-7122 *Ext.* 3352
*Fax* 410-841-3132 · 301-858-3132
Benjamin.Brooks@house.state.md.us

*District Office*
8419 Liberty Road, Suite B
Windsor Mill, Maryland 21244-3133
410-496-4037

## The Maryland House of Delegates
### ANNAPOLIS, MARYLAND 21401

January 16. 2020


The Honorable Catherine C. Blake
United States District Judge


Re: Cheryl D. Glenn

Dear Judge Blake:

My name is Benjamin T. Brooks, Sr. I represent the 10th Legislative District in Baltimore County and have been a member of the Maryland General Assembly for six years. I first met Ms. Cheryl D. Glenn on January 6, 2015, at our 2015 Annual Legislative Luncheon. My impression of her since then has been one of a person with high moral character, values, ethics and integrity.

Our working together on the Economics Matters standing committee, the Legislative Black Caucus Executive Board and various legislative initiatives had yielded nothing to dispel that belief. She has demonstrated time and time again that she was a detailed, thorough and respected legislator.

As Chair of the Legislative Black Caucus of Maryland, she worked diligently on and shepherd through most of the caucus' Legislative Priorities. Her respect and support of all the members were unparalleled. She was an individual who always worked well with her colleagues and was considered a go to person for leadership and information.

The current dilemma she is facing was extremely shocking, and from my experience with her, totally out of character.

With kindest regards,

*Benjamin T. Brooks*

Benjamin T. Brooks, Sr.



*"Therefore if any man be in Christ, he is a New Creation…"*

II Cor. 5:17

Apostle A. Bryan Claxton, D. Min.
Lady Sheila M. Claxton, M. Div.
Pastors

Chief Apostle Aaron B. Claxton, Ph. D
Dr. Deborah J. Claxton, Ph. D
Founders

•

**Mailing Address:**

5401 Frankford Avenue

Baltimore, MD 21206

*(At Sinclair Lane)*

•

**Package Address:**

P.O. Box 29180

Baltimore, MD 21205

•

**Office** (410) 488-5650

**Fax** (410) 488-1810

•

**Website:**

NewCreation-MD.org

**Email:**

NewCreationInfo@verizon.net

May 7, 2020

RE: Character Recommendation for Cheryl D. Glenn

The Honorable Catherine C. Blake
United States District Judge

My wife, Sheila Claxton and I have the pleasure of knowing Cheryl D. Glen for over 30 years. We were both Baltimore City Government employees at that time. Both Cheryl and her husband Ben Glen became truly respected friends of the entire Baltimore Claxton family. We have shared together in many worship services, civic events and community ceremonies. I have had the humble opportunity to be asked to preside at her mother, mother-in-law and husband's home-going [funeral] services.

Over these thirty+ years, I have always known Cheryl to be a person of integrity, intelligence and involvement. Whether as she was President of the City Union of Baltimore or MD State Delegate, she has been a trustworthy leader, impacting her community, city and state for the better. She has been instrumental in helping our Childcare Academy acquire State-funding to renovate our playground with state-of–the-art safe equipment for children.

For the past four consecutive years, Cheryl Glen has tremendously assisted our Macedonia food pantry/outreach to serve full dinners for over 100 families for each of the Thanksgiving holidays.

In May, 2018, she became a viable member of the New Creation Christian Church. As pastors of New Creation, we have always known her as a diligent, cooperative and self-sacrificing person. Her out-going personality has endeared many people to become her friends and acquaintances. Cheryl has the ability to uplift the mood of a room as she enters, to join the conversation and work to contribute to any project.

Cheryl Glen and her family attend the New Creation worship services, funerals, Holy Communion and prayer events. They are truly close and supportive of each family member.

*Sincerely submitted,*

Bishop A. Bryan Claxton, Th.D.
Senior Pastor

March 11, 2020

To The Honorable Catherine C. Blake

United States District Judge

"If you knew something about someone that could change their life, would you tell them?"

Those 15 words strung together to form a simple question will forever be etched into my memory. I was asked this on Saturday, March 1, 2008. After some coaxing, the person on the other end of that question confessed two things to me.

1.  The question was in fact about me.
2.  I was adopted.

At the age of 24, I, Karen Nicole Faustin, learned that my parents were not my "parents". My family was not my "family". I was not "me". It took many years of work, but I'd finally reached a place of acceptance of this truth & realized that my family was indeed my real family, my parents were indeed my real parents and I was indeed really myself.

Wednesday, July 27, 2016 – another bomb dropped. My mother died. My real mother. The lady who'd raised me my whole life. The woman who didn't give birth to me but gave LIFE to me. The woman who picked me up whenever I fell and said, "Pooh Bear, you're gonna be okay." Gone. Forever. Have you ever had a pleasant memory of someone but, as time goes on, you forget certain elements of said memory because that person is no longer here? Yeah. That's been me since that day. Trying to hold onto her smell. Her voice. More importantly, her touch.

Enter modern day science. Thanks to AncestryDNA, I've been able to connect with my biological father and sisters, including my older sister, Niki Savage. She and I have grown extremely close. Through my relationship with her, I've had the opportunity to build a connection with her mother, Cheryl Glenn.

The first time I met her, she grabbed me by the shoulders, looked at me and said, "Yes, you are definitely one of Niki's people. You look just like them." This was followed by the warmest "mama bear" hug ever! I hadn't felt that in so long. It was nice. It was comforting. It was as reassuring as hearing, "Pooh Bear, you're gonna be okay". It felt familiar. I smiled in return but oh how I weeped on the inside! She felt like my mom. I didn't want to seem like a creep but I could've hugged this lady for hours! Since that day, she's treated me like one of her own. I even feel like I am. Every fiber of her being embraces me wholeheartedly without judgement and without condition. I smile when I think about her because I feel like my mom left a piece of herself in Ms. Cheryl (or "Ma Cheryl" as I refer to her in my head) just for me.

The woman sitting here today is a GOOD person. A genuine person. Her absence in the community will do us more of a disservice than it would her. Losing her presence would feel like the loss of another mother, a feeling that I'd never wish on my worst enemy on their best day. It is my sincerest prayer that my experience with "Ma Cheryl" gives you a peek into the true person sitting behind that table.

Sincerely,

Karen N. Faustin

**William Brennan**

| | |
|---|---|
| **From:** | Romera Ferguson <misty6514@gmail.com> |
| **Sent:** | Monday, March 2, 2020 3:33 PM |
| **To:** | William Brennan |
| **Subject:** | Letter for Cheryl Glenn |

To The Honorable Catherine C. Blake, United States District Judge,

Your honor, my name is Romera D. Ferguson, Cheryl Glenn is my aunt. I have known her my entire life and in my humble opinion she is the most loving, kind, and intelligent person I know and I am not just saying this because she is my aunt but because it is true.

I personally know of events where she has taken from her own home budget finances to pay for another aunt's utility bills and buy her much needed food on a number of occasions. Those sacrifices were at the expense of the ingratitude she received for those many acts of kindness.

Aunt Cheryl has opened her home on a number of occasions for family members who have had nowhere else to turn or to provide a warm home and meals until they could support themselves with other lodgings.  She has always had an open heart and open home for family and friends who were in need of love and support.

When I struggled with my own feelings of inadequacies of my family position, Cheryl has always given me moral support and has been honest with me to no matter how hard it was to hear.  She has made me realize that although there are family issues that were not and are not pleasant, we are still family and must come together to find a way forward despite the history. Her moral support has shown me that I have been and still am loved, to her that is unconditional.

I find this is out-of-charter for her. She is a very hones person, a great friend, and one of the best aunts I could have. The sentence of imprisonment would shake the foundation of this family to its very core. It would have a tremendously devastating effect on her direct family and our extended family

Thank you.

Romera D. Ferguson,

Sent from Mail for Windows 10

1

Date: June 17, 2020

To: William C. Brennan Jr.
6305 Ivy Lane, Suite 700
Greenbelt, MD 20770

I am writing this letter on behalf of Cheryl Glenn; I absolutely love and appreciate Cheryl for many reasons. Cheryl has been my friend, teacher, and mentor for several years. I am a consultant for Baltimore City Public Schools, I am also founder of a community based mental health practice in Baltimore City and for the state of Maryland. I could always count on Cheryl to pick up the phone when I called to get advice or to just to check on her. Cheryl has always stood in the front for what she believed in. She did it with compassion and love for the advancement of minorities young and old of Baltimore City.

Please take into consideration her track record and what she bought to the House and Baltimore City. Cheryl has always been respected by her constituents, neighbors, peers, family, and friends. Cheryl has always been honest with me. Cheryl's conduct in this case was surprising to say the least. Cheryl is a widow and incarceration would have a major impact on her family emotionally especially for her grandchildren.

Cheryl is one of the few people I trust and believed in. I say people instead of politician because she was always a loving person that just so happens to be in politics.

Ivan Forney

To:      The Honorable Catherine C. Blake

          United States District Judge

From:   Walter A. Hairston Jr.

Date:    April 25, 2020

Re:      Cheryl Glenn

My name is Walter A. Hairston Jr.  I am blessed to have been a licensed boat captain, a retired public servant and professional in the federal government for nearly 35 years, and am currently a small cattle rancher in Texas.  I have known Cheryl (Delegate Glenn) for over 53 years and we have shared parenting duties for our daughter Nikki.  Delegate Glenn was my high school sweet heart and prom date.  I knew her when we were both so poor that we used a cooler for a refrigerator.  She never complained.  She has always put others first, especially her family.  I have followed her career as a political hero and champion for the disenfranchised. It is nothing less than shocking to hear these current allegations.  This is not the person that I have come to love and respect.  Even in our poverty as a young couple she would always be encouragement to do the right thing.


I have little doubt, that Cheryl has "ruffled the feathers" of many who are routinely are using their positions for personal gain.  I am incredulous to imagine what is currently going on.  Delegate Glenn has and continues to live a life of material modesty.  She has little, if any of the trappings of power and money.  What she does have is a wealth of family, friends and a constituency who will suffer immeasurably without her love and support.


Walter A. Hairston Jr.

May 15, 2020


The Honorable Catherine C. Blake

United States District Judge


Dear Judge Blake,

My name is Arnold O. Harper.  I'm a longtime friend of Cheryl Glenn for more than 14 years.  I was a parent of a student who attended the same elementary/middle school as her granddaughter.  We formed a close friendship shortly after Cheryl asked me to be Vice President of the PTA (Cheryl was the President).  During our term Cheryl worked hard to make sure students had the things necessary to do well in school.  She advocated for increased school funding, field trips, a strong administration, just to name a few.  Under Cheryl's leadership, we started the first Spring Fling at Moravia Park PreK-8 School, the school continues the tradition every year.  This is a huge event for the school, community, and businesses to come together to provide a whole day of food and fun for the students.

After a disappointing first run for office for the City Council, Cheryl was successful in her next run for State Delegate.  I was very happy to help her in her campaign.  Cheryl has been fighting for people in the 45th District since winning the Delegate position.  Her integrity, honesty, and her efforts to SERVE her constituency has been her strong suit.  She's a great Mom, Grandmother, and "warm hearted" friend and a RESPECTED community member.

Every July, Cheryl would treat about a dozen of her close friends who worked in her campaigns to the Tawes Annual Crab Feast in Crisfield, Maryland.  I would look forward to this trip every year.  None of us had to pay for our tickets or for gas.  Most of us would ride in Cheryl's van and we had a great time every year.  Cheryl said this was a small token of thanks for our support.

We need Cheryl here with us to continue her work for the community.

Thank you,

Arnold O. Harper

**William Brennan**

| | |
|---|---|
| **From:** | Gladine Harvey <peace471@verizon.net> |
| **Sent:** | Wednesday, January 15, 2020 8:32 AM |
| **To:** | William Brennan |
| **Subject:** | Character letter for Cheryl Glenn |

My name is Gladine Harvey I've known Cheryl Glenn for over twenty years. I was a volunteer at the Moravia Frankford  elementary school in N. E. Baltimore and Cheryl was the PTA president. Together we worked on many fundraising projects for the school. Cheryl was apart of the gardenville community association and I was a member of the frankford improvement association and in both neighborhoods we had many of the same community concerns. Together we met with Baltimore City school board asking that students not be bused out of their neighborhoods but stay until graduating high school. For many many years Cheryl worked  in her community to rebuild the Gardenville sports field, and finally a few years ago our community has a new field.Cheryl has always with or without a title has always worked diligent to make all of Baltimore City a better place to live.

Once Cheryl became Delegate at all of her meetings weather community association or meeting with other organizations she would them there is nothing private about me, my telephone number is listed, call me anytime. She told us one morning that at 11 p.m. someone called and she wondered why they called so late,we remind her that this person did what she said call me anytime.

Cheryl would never allow anyone to buy her a cola, or take her to lunch or dinner unless she payed out of her pocket.

Cheryl is kind,and a wonderful friend, I don't have a car picks me up, brings me home anything I or anyone of many people need she's there for us proud to call her friend.

Cheryl has a Granddaughter she has raised since infancy, she's a beautiful young lady now who also one day may look into politics. Her daughters, son-in-law and Grandsons  will continue to pray for their love one who we know and cherish that will continue to be involved daily with all of us. We pray to the creator for freedom.

Gladine Harvey

May 22, 2020

The Honorable Catherine C. Blake

United States District Judge


Dear Judge Blake,

My name is Shirley Hill . I have been a friend of Cheryl for 63 years. I met Cheryl in the first grade. I remember her walking into class the first day. She was not shy and seemed to be a very strong person. Yes, even at the tender age of 6, I recognized her as someone who was not afraid of anything.

Through the years, we shared happy times as well as sad times.  We attended the same middle school.  We lost touch when we went to different high schools.  I learned later of the obstacles that she had faced with the separation of her mother and her father which left her homeless for a period of time in which she had to secure a place to stay.

Cheryl has become a part of my family.  She has always attended my family affairs.  My mother thought of her as a daughter.  My mother was a renal patient.  There was a day where she was snowed in and

Cheryl found a way to have her street cleared so that she could go to dialysis in which she needed to maintain her health.  She often visited my mother. They took a trip together to Atlantic City in which my mother loved to go.

 Cheryl was there for the family in 1995 when my brother passed away in his sleep.  We were devastated. Cheryl was a lot of comfort to the family, especially my mother. Cheryl gave family members coffee mugs with his picture.  She spoke at my brother's service.

We gave my mother a surprise party for her 77th birthday.  Cheryl had a certificate made honoring her day.  My mother had it framed and placed on a wall in the living room.  My mother passed in 2003 and of course, Cheryl was there and spoke very highly of my mother.

Cheryl and I would babysit each other's children when needed.  She went to my oldest son's school to check on him when I could not leave my class.  She served as President of the P.T.A. for 2 different schools and was very effective.

On December 5, 1978, I started to have labor pains with my youngest son. This was also the first day of my husband's new job. He called Cheryl to take me to the hospital to be seen.  We decided that afterwards, we would go to breakfast and go Christmas shopping. Well, that didn't happen.  She went as far as she could with that process.  She took my jewelry and belongings.  Cheryl called my husband. He came right away.

I had surgery in 1991.  Cheryl would come to the hospital to visit and made sure that I had everything that I needed.

Cheryl served as a Field Rep for the Baltimore Teacher's Union and luckily she was the Rep for the school in which I taught.  She would have lunch meetings to discuss any problems that we were having. She was able to resolve the problems with the administration in an amicable way.

We have done trips together in which one we took a plane ride home.  You could not reserve seats.  She and

her granddaughter (which she raised from birth and now is a 24 year old young lady) were able to get seated before me and the rest of my family because of her disability.  She made sure that my grandson had a seat between the two of them, because it was a very crowded flight.  He calls her aunt Cheryl. He was so comfortable talking with the two of them, that he fell off to sleep.

Over many years, we had great times together which sometimes were quite silly.  We would drive to different malls to get the kind of peanuts that we

liked.  My husband asked Cheryl to go out with me because he was planning a "surprise" party.  Well I was super late getting back because we closed the mall. Some of the guests had left. My mother said "Why did you let those two go by themselves?

Cheryl is the rock for her family.  Her grandsons adore her and are always happy to be in her company.  She attends every sports' event as well as celebrations that she has input.  She attended my son's graduation (out of state) with her husband.

You can expect to be invited to her home for holiday dinners or just to sit out back for a bar-be-cue or eat crabs. She is my sister.

Respectfully,

Shirley Hill

May 22, 2020

The Honorable Catherine C. Blake

United States District Judge


Dear Judge Blake,


My name is Saeed Hill.  I have known Cheryl
Glenn all my life.  I am 46 years old.  She has
always been a strong and steady person
that I could count on.  In third grade I was
bullied by a fellow student.  He taunted me
over a pair of Dingle boots that I really liked
that my parents bought for me.  No one at
the school could handle the situation.  My
mother was due to come to the school.  My
mother spoke to Cheryl about my troubling

situation.  I was in class and I looked up to see Cheryl knocking at the classroom door. I was surprised to see her.  I knew that she was president of the P.T.A., but I wondered why she came to my class.  Well, she became my super hero that day because I was no longer bullied.  She later told my mother that everything was ok now.

There were times when I spent time with her when my mother had errands.  I loved visiting her home because she made me feel at home.  I ate well.  She would joke around with me.  Cheryl took me and her oldest daughter to a concert. I felt safe. My mother only trusted Cheryl to keep me. Our families went to Hershey Park and

although my mother had packed lunch for us, Cheryl had enough to feed an army.

I was able to get a car when I was 17. Shortly afterwards, it needed some expensive repair.  She spoke with her husband and they said to bring it to him. He worked on it all day and didn't charge anything and of course Cheryl fed me.

Cheryl gave me and my younger brother tickets to see a fight at Maryland Live Casino in Arundel Mills.  They were fantastic seats.  I later found out that the tickets were complimentary from a casino manager.  The manager was so appreciative for how Cheryl had treated her with compassion and utmost respect and

wanted to thank her.  My mother shared this with me that night.

Cheryl would stop pass my job and would give me advice on how to alleviate any problems that I had.  Again, she was my super hero. I was more than happy to work on the polls for her every election day because I have seen how dedicated she has been to her constituents.  She also allowed a few of my students to earn community service hours by working on the polls. They were also aware of her community work.

 I was on my first cruise and we ran into some bad weather at night.  Cheryl was also on the cruise with her grand-daughter.  My parents were at a show and my son was at the kid's camp.  I had gone out on the

balcony which was a bad idea.  Well, I went to look for my super hero.  She was in her cabin calmly reading a book and her grand-daughter was asleep.

She joked about it and said that I could stay there.  I felt at ease and went back to my room.

In closing, I know that Cheryl affectionately known as "Aunt Cheryl" is always in my corner.  I have nothing but lots of love for her.


Respectfully submitted,

Saeed Hill

To: The Honorable Catherine C. Blake

   United States District Judge

From:  Barbara J. Faltz Jackson, FIA, Inc. President

Date: May 29, 2020

Re:  Cheryl D. Glenn


As an educator, neighborhood community officer, and active BTU member I  met Mrs, Glenn  as an active organizer and founder of the City Union of Baltimore known as CUB. I later learned she was also a resident of Gardenville Neighborhood within my neighborhood coalition of communities known as Frankford Improvement Association, Inc.  Working within the schools and community I got better to know her as caring and willing to do what was needed for improving the lives of residents  young and old.  Cheryl  was especially skilled at networking to assist with change for improved living conditions such as getting the bus company to improve a reroute  for many of our seniors and  workers who need public transportation.  She worked and networked with me and the entire coalition of FIA to have a 917 unit drug infested apartment building razed and replaced with 170 moderately priced homes which we named Frankford Estates Homeowners Association, Inc.  She helped with getting funding for improved conditions for many events of improving quality of life for all of the many residents within our more than 26,000 residents by quietly working with all very influential and well established businesses, fellow city politicians, and community leaders. In 1983 we were labeled as one of the best Baltimore Communities.  We also became the community to house the Baltimore International School known for its teachings of many languages to children after a meeting of Cheryl and I with the Archbishop.

As years moved on I saw her as an outspoken politician willing to recommend others to help us such as Senator Kelly to engage with clarity of rules for the newly built FEHOA built during 1999 to 2006.  She appeared to work well with many from various areas and cultures. We have had more than 5,000 newcomers in our neighborhoods.  We often discussed with the International Rescue Committee leaders the different cultures and ideas of political needs and desires

of the Southeast and Northeast section of the city which she had began her political career.  I found her to be supportive of persons she believed were mistreated or "over- looked" and needed someone to fight for their causes or a voice of their concerns.  Sometimes I agreed with her and sometimes I did not agree with her.   Still she moved on without being unkind or disrespectful.  As she served as delegate, we often met just to discuss community needs as well as enjoy breakfast out and feel relaxed from the regular order of the day.   Both she and I during recent active days of 2018 - 2019 had little time for breakfast meetings as a friend and neighbor.

Cheryl's feelings and knowledge of her mother's failed health fight with cancers resulted in the fight for the hemp plant use as medicine for those who suffered with cancer and their eating habits. Her Mother died and it is my belief that had the greatest current urge for Cheryl seeking fairness for people of color she felt were not equally considered with any type of legal business engagements.  I am praying for Cheryl during this time of her life challenges. Her religious beliefs is a blessing for her during this phase of her life ventures.

Both Cheryl and I have celebrated birthdays this month of May. I thank God for my 76 years and having known Cheryl Glenn and her late husband Ben Glenn.


Respectfully Submitted:

To: The Honorable Catherine C. Blake

United States District Judge

From:  Barbara J. Faltz Jackson, FIA, Inc. President

Date: May 29, 2020

Re:  Cheryl D. Glenn

As an educator, neighborhood community officer, and active BTU member I  met Mrs, Glenn  as an active organizer and founder of the City Union of Baltimore known as CUB. I later learned she was also a resident of Gardenville Neighborhood within my neighborhood coalition of communities known as Frankford Improvement Association, Inc.  Working within the schools and community I got better to know her as caring and willing to do what was needed for improving the lives of residents  young and old.  Cheryl  was especially skilled at networking to assist with change for improved living conditions such as getting the bus company to improve a reroute  for many of our seniors and  workers who need public transportation.  She worked and networked with me and the entire coalition of FIA to have a 917 unit drug infested apartment building razed and replaced with 170 moderately priced homes which we named Frankford Estates Homeowners Association, Inc.  She helped with getting funding for improved conditions for many events of improving quality of life for all of the many residents within our more than 26,000 residents by quietly working with all very influential and well established businesses, fellow city politicians, and community leaders. In 1983 we were labeled as one of the best Baltimore Communities.  We also became the community to house the Baltimore International School known for its teachings of many languages to children after a meeting of Cheryl and I with the Archbishop.

As years moved on I saw her as an outspoken politician willing to recommend others to help us such as Senator Kelly to engage with clarity of rules for the newly built FEHOA built during 1999 to 2006.  She appeared to work well with many from various areas and cultures. We have had more than 5,000 newcomers in our neighborhoods.  We often discussed with the International Rescue Committee leaders the different cultures and ideas of political needs and desires

of the Southeast and Northeast section of the city which she had began her political career.  I found her to be supportive of persons she believed were mistreated or "over- looked" and needed someone to fight for their causes or a voice of their concerns.  Sometimes I agreed with her and sometimes I did not agree with her.   Still she moved on without being unkind or disrespectful.  As she served as delegate, we often met just to discuss community needs as well as enjoy breakfast out and feel relaxed from the regular order of the day.   Both she and I during recent active days of 2018 - 2019 had little time for breakfast meetings as a friend and neighbor.

Cheryl's feelings and knowledge of her mother's failed health fight with cancers resulted in the fight for the hemp plant use as medicine for those who suffered with cancer and their eating habits. Her Mother died and it is my belief that had the greatest current urge for Cheryl seeking fairness for people of color she felt were not equally considered with any type of legal business engagements.  I am praying for Cheryl during this time of her life challenges. Her religious beliefs is a blessing for her during this phase of her life ventures.

Both Cheryl and I have celebrated birthdays this month of May. I thank God for my 76 years and having known Cheryl Glenn and her late husband Ben Glenn.


Respectfully Submitted:

January 23, 2020

The Honorable Catherine C. Blake
United States District Judge

My name is Angela Chester-Johnson, and I have known Cheryl (Jennings) Glenn for 55 years – a lifetime. Cheryl and I met at Western High school in 1965, where we matriculated together in the Advanced Placement Curriculum, known as the "A Course". Though I grew up in West Baltimore, and she grew up in East, we became friends almost immediately. We were the youngest girls in the school, as the A Course began in the 9th grade, as opposed to 10th. Additionally, there weren't many black girls at the school during those years. Cheryl and I bonded around staying on top of our work and extra-curricular activities. We went for "all of the marbles" – we both joined the basketball team, starred in the school musicals, HMS Pinafore and The Mikado, were student volunteers, plus held down honors English and math classes.

The A course cohort took classes together for the entire 4 year program, so girls got to know each other up close and personal. After a time, we began visiting each other's homes, having pajama party's and pizza parties at each other's homes. While Cheryl came to some of the parties, she never hosted any. Eventually I asked to come to her house. She avoided my self- invites for quite some time until one day I insisted. She finally gave in. I visited Cheryl at home, and immediately realized that there was a tremendous amount of lack. The basic things that I took totally for granted were missing. I'm talking food basic. I admired that Cheryl took care of her younger brother and made sure that he ate a small can of potted meet and drank some milk. I also felt sad. Cheryl felt embarrassed because there was no food for us. We had an even closer bond from then on, because we never minded or spoke of it again, until a few years ago when I returned to Baltimore.

I've always known Cheryl to make lemonade out of lemons. We've shared the misery of dead- beat husbands, the stress of providing comfort and care to sick family members, loss of loved ones and dreams deferred. Even though we lived 3000 miles apart for some time, we largely stayed in touch and remained friends. After I returned East it was as though we'd never been apart. I found the same friend, providing her same brother with a room to live, being a mother to her granddaughter; in fact the matriarch of her family. I shudder to think what her absence would mean in their lives.

She was (and is) a caregiver, a team player, an overcomer, an optimist - a champion, other people's champion. Whether she was fighting for constituents, teacher's wages and work conditions, children who experience hunger and homelessness like she, herself once did, or for legislation that bolstered the living conditions or socio-economic opportunities for Baltimore residents, you always find Cheryl in the middle of a movement for good. She has always stood up for the underdog. She's a GIVER!

I must admit that I am mind-boggled at the challenges that she is now confronted with. In all sincerity, there is nothing that I've witnessed in her character for over 50 years that allows me to envision a breach of character. She has always pursued life with grace and dignity - bravery and determination. Cheryl has spent her life being a beautiful human being; a true friend. A 100% keeper!

Sincerely,

Angela Chester-Johnson

January 21,2020

To: The Honorable Catherine C. Blake

United States District Judge

I Reon King Burrus, met Chery Glenn in 2017, she was very direct and very detailed with information shared about different programs, community activities and her input on general topics if she was asked any questions. Cheryl, is family orientated, very loving and humble, sharing, God fearing/ spiritual and a hardworking woman and loyal friend. I have seen and heard Cheryl at different events helping several people by answering their questions, introducing them to different people so they get their questions addressed. She was honest with people when answering questions regarding information about the Cannabis License or Public Government, informing people to come to the meeting and always review the website for information. I always felt, people respected her for being upfront and her honest/ direct ways, they knew if she did not know she was going to try to find someone who did know.  Cheryl, was always trying to help people no matter what the situation was or the time of the day. I would call her and she told me she had been up since 1A.M trying to resolve an issue for the Black Caucus, working, or for someone in her family.

I recall, Cheryl was in a lot of pain due to a rupture/ tear in her Achilles Tendon which she still suffers with, I told Cheryl along with other family members to schedule her surgery. Cheryl, replied no I have work to do, she went the entire session to assist people throughout the state of Maryland in pain. She wanted to make sure people sure had the dates and time for meeting and information needed, she enjoyed knowing people wore successful and/or following their dreams. She's very passionate about life

and pursuing opportunities that will help people have a better life. She understands the hardships that people are challenged with on a daily basis whether you are an individual or a business.

Being around Cheryl her family and close friends, I can see and feel the love, the positive energy, strength and the unity within and around them. When Cheryl prayed or spoke with you, I always felt stronger and knew I spoke with a person of integrity and wisdom. I shared with Cheryl, that I was raised by my grandmother who taught me about morals, ethics and stressed the importance of education on me. I noticed similar values Cheryl children with. Nikki is outgoing and a very loving mother with strong family values and her sons love their mother and grandmother unconditionally.  I told Cheryl, you must be proud to have such loving, Bless, intelligent and talented grandsons. Taylor is loving, very sensitive to people's needs, and she loves to share her baking ideas with close friends and family. Taylor and I can talk for hours about Hallmark Channel, Taylor shared me that the Hallmark Channel reminds her of her Mom (Cheryl Glenn) and family shared times especially around the Holiday seasons. I had to agree with Taylor, Hallmark Channel is about family, love and sharing life experiences. Cheryl is very instrumental to her family, Taylor depends on Cheryl a lot, she not use to leaving alone or with others. Taylor, cannot be around large crowds, strangers and does not do well long periods without Glenn. Taylor has been Cheryl, since she was a baby and that's all she knows and trust.

Cheryl Glenn, is the corner stone and cement to her family.  I have noticed Glenn being like an Angel that spread her wings to protect her loved ones, she will take abuse, the negative and suffering before she allows her loved ones be affected. This is a LOVE only a mother could have, she's not perfect but she is an individual and a mother that passionate about life and loves her family and friends.  Anything outside what I described in this letter, would be out -be-charter of the Cheryl Glenn, I have come to know and respect.

Sincerely:


Reon King- Burrus



**_Executive Director_**
Walter Mandela Lomax

**_Secretary_**
Laurie Bezold,
Fusion Partnership Inc.

**_Technical Advisor_**
Retired Delegate
Clarence T. Davis,
Tiger Associates LLC

**_Sponsors_**
Baltimore OSI
Baltimore Safe & Sound
Fusion Partnerships, Inc.
Maryland CURE
Morgan State University
Dept. of Social Work

**_Supporters:_**

ACLU Maryland

Community Conferencing

Correctional Round-Table

Grassroots Criminal Justice
Advocates Network

MSBA Correctional Reform
Section

The Justice Policy Institute

The Sentencing Project

**Maryland Restorative Justice Initiative**
**1111 Park Ave, Suite 151**
**Baltimore, Maryland 21201**

February 7, 2020

Honorable Catherine C. Blake
United States District Judge

Honorable Catherine C. Blake,

It is with great sadness I find myself writing this letter for my dear friend, former Delegate Cheryl Glenn. We have arrived here today due to an unfortunate set of circumstances. I say that I am sad to write this letter, because my friend is dealing with this difficult situation; and I use the term unfortunate, because this is not the Cheryl Glenn I know, who is a decent and wonderful person.

Let me be specific, I met Cheryl shortly after my release from prison. I had served close to forty years in prison for crimes I did not commit. She did not know the circumstances of my incarceration, she only knew that the Senator, and other delegates in her District and I were friends. She never once questioned me about my personal situation; her only interest was in the advocacy I was involved with.

Because of our shared interest, social justice, we would connect at the many gathering we attended, and eventually became friends. She has publicly supported our advocacy, and we have supported some of hers.

I could write and talk about the many issues we have worked on, the many times we have shared a laugh about something or another, or being pinochle partners at a social event, but those are just my memories with Cheryl.

In closing, my friend may be facing this difficult situation, but she is still my friend, and always will be. I will never forget that when we met, she did not look down at me, she only looked up, and whatever I can do to assist her I will.

_Sincerely,_

_Walter Lomax_, Executive Director
Maryland Restorative Justice Initiative

June 15, 2020

**The Honorable Catherine C. Blake**

**United States District Judge**

Greeting, the Honorable Judge Blake

My name is Sarah Matthews and I'm writing this letter on behalf of Mrs. Cheryl Glenn. I have known Cheryl over twenty-five years and during this period   of time, without hesitation,   I can speak with confidence that this Cheryl Glenn is a Christian woman with morels and impeccable character.   She has displayed these attributes since the   first day I met her.

During the time we served on the Baltimore City State Central Committee, Cheryl was a compassionate leader and fought fiercely for our party, state, city and community especially underserved communities. We couldn't have asked for a better leader than Delegate Cheryl Glenn, moreover, while serving in the Maryland General Assembly, Cheryl spent her time advocating for the undeserved communities and residents in her district.   I worked along side her during some of thses heartfelt efforts.

I experienced some financial hardship and Cheryl was there to advocate for me and provide whatever referrals I needed to address my immediate housing needs. Regardless of the day, night or time, she availed herself and   her staff to assist seniors like myself. She has been a loyal supporter of the underdogs in the city for as long as I have known her. Mrs. Glenn oftentimes, goes above and beyond the call of duty to assist anyone who felt alone, any individuals who were homeless or needed a shoulder to lend on, this is the Cheryl Glenn that I know and respect. She has demonstrated this selfless character for as long as I have known her, during our stint on the Central Committee and as leaders in the City of Baltimore. Cheryl has a special love for people; especially individuals in need and in return, we have a special love for her commitments to mankind, the City of Baltimore and the State of Maryland.

As a trained counselor and certified by the State of Maryland, Cheryl's conduct cited in this case is out of character for the woman who I have known and worked with in the community for over twenty-five years. Cheryl became extremely depressed after the death of her husband several years ago. I observed a big change in Cheryl after losing Ben, she became withdrawn and our communication became limited but I was always willing to listen to a Ben's story because after all, I knew her soulmate, Ben Glenn.

Cheryl hasn't appeared to be the same person since Ben's unexpected death.   She and her husband were inseparable when you saw one, you saw the both of them, working in the community, helping a senior or a child in need.

Mrs. Cheryl Glenn has spent a lot time alone and we have offered to take her out to dinner however she has refused over and over stating that the love of her life has left her isolated thus a sentence of imprisonment will only fuel that isolation and cause her further depression.   I'm afraid of what may happen to Cheryl, if she is locked away in a cell.

She would be best served in a community setting where she can get counselling, where her friends and family can provide the emotional support that she needs to and again become the woman that we all know and love in addition to the woman who have continuously served her

community, city and state with honor and distinction. Mrs. Cheryl Glenn has invaluable skills set that could be used to teach others to overcome depression and lead a wholesome and productive life. Any constituents will testify, if you needed assistance, you could call upon Cheryl Glenn, it didn't matter if you lived in her district or not. She is a good person and I hope that this one time occurrence will not destroy all of the good that she could impart to others.   I am pleading with the Honorable Blake to please take into consideration some of the points that I have made and assist Mrs. Glenn with redecoving her selfworth and her good to man and its community.   Thank you so very much.

Respectfully Submitted,
Commissioner Sarah Matthews
Baltimore City Commission on Aging

January 15, 2020

Sharon McCollough
Minister
4122 Coleman Avenue
Baltimore, MD  21213

The Honorable Catherine C. Blake
United States District Judge
101 West Lombard Street, Chambers 7D
Baltimore, MD 21201

Dear Judge Blake:

I am writing on behalf of Delegate Cheryl D. Glenn.  I have known Delegate Glenn for more than 10 years.  Our relationship began with a phone call, asking her to serve as a mentor to me.  Upon meeting with Delegate Glenn at her Annapolis office 10 years ago, we formed a relationship that grew beyond mentoring.  She and I became friends.  Throughout the 10 years of developing from mentor to friend, I can say without hesitation that I have learned a great deal from her as a woman in leadership.

Cheryl is a hard worker and very dedicated to her family and the constituents she serves.  I watched her with admiration as a wife, mother, grandmother and political leader.  I recall a specific time when it was time for her to pack up and return to Session before her husband passed away.  Her husband of whom she loved dearly was ill; but he encouraged her to fulfill her duties as a legislator.  Before she would leave for the Legislative Session, she prepared and froze several meals for her husband.  In addition, I was able to watch she and her husband selflessly raised her granddaughter from an infant to childhood to the outstanding young lady she is today.  Today her granddaughter continues to live with her which is a testimony of a unique and anointed blessing in this 21st Century time.  Also, I was very impressed how she interacts with the constituents she serves.  She was invited to a cookout that was hosted by an elderly lady from the inner-city part of the district she serves.  This was just an old fashion, round the way, backyard cookout.  It was during this moment, Delegate Cheryl Glenn showed me that she is a public servant who meets all the constituents she serves with dignity, respect and love regardless of location, status and class.

In closing, over the years I have known Cheryl, she has always conducted herself with integrity and good moral character.  She is modest, loves her family and serving her constituents of the 45th Legislative District. In regards, to what she has been accused of, I find it hard to digest as this is totally out of character for her.  Despite the accusations, I still know and consider her as a woman of excellence.

Sincerely yours,

Sharon S. McCollough
Minister

March 30, 2020

The Honorable Catherine C. Blake
United States District Judge

Dear Judge Blake:

I am writing this letter in reference to Former Delegate Cheryl Glenn. I, former State Senator Nathaniel J. McFadden, served with Cheryl for 18 years in the Maryland General Assembly. I have known Cheryl for over 30 years as a strong and active supporter of the citizens in East and Northeast Baltimore as an elected leader, as well as her role as an employee of the Baltimore City Schools.

In each capacity Cheryl was the consummate professional dedicated to improving the life and living conditions of all who came in contact with her. I was especially impressed some years ago when she help found the City Union of Baltimore (CUB) in the Baltimore City Public Schools to assist improve and enhance the working conditions of support personnel. She followed that up working for the Baltimore Teachers Union (BTU) to better support lower level employees.

She later leveraged this activism to another level serving on the Baltimore City State Central Committee in East and Southeast Baltimore. I and my political organization the Eastside Democratic Organization (EDO) were so impressed we recruited her to join our group and the rest is history, she has been an unquestioned leader in Annapolis.

At every level Cheryl was a person who conducted herself without any reproach in character or personal conduct. She has and will always be a valued friend. Her involvement in a crime of this sort came as a complete surprise and shock to me. It was completely out of character and clearly demonstrated a monumental lapse in judgment on her part. Cheryl's life, legacy, reputation and name are all now permanently damaged, as a result of her tragic mistake. I believe she understands the tremendous error in judgment made which has resulted in the loss of her job, and career she worked so hard to create.

Your Honor I would hope you would take into account the punishments that she and her family have experienced already and take that into consideration in your sentencing. Thank you for considering my request.

Sincerely,

Former State Senator Nathaniel J. McFadden

**William Brennan**

| | |
|---|---|
| **From:** | nathaniel.mcfadden46@gmail.com |
| **Sent:** | Sunday, March 29, 2020 10:13 PM |
| **To:** | William Brennan |

The Honorable Catherine C. Blake.            United States District Judge.
Honorable Judge Blake :                    This letter comes from former State Senator
Nathaniel J. McFadden who served with Cheryl for 18 years in the Maryland General Assembly.
I have known Cheryl for over 30 years as a strong and active supporter of the citizens in East
and Northeast Baltimore as an elected leader, as well as her role as an employee of the
Baltimore City Schools.                In each capacity Cheryl was the consummate
professional dedicated to improving the life and living conditions of all who came in contact
with her. I was especially impressed some years ago when she help found the City Union of
Baltimore (CUB) in the Baltimore City Public Schools to help improve and enhance the working
conditions of support personnel.            She followed that up working for the Baltimore
Teachers Union (BTU) to better support lower level employees. She later leveraged this
activism to another level serving on the Baltimore City State Central Committee in East and
Southeast Baltimore. I and my political organization the Eastside Democratic Organization
(EDO) was so impressed we recruited her to join our group and the rest is history, she has
been an unquestioned leader in Annapolis.                        At every level
Cheryl was a person who conducted herself without any reproach in character or personal
conduct. She has and will always be a valued friend. Her involvement in a crime of this sort
cane as a complete surprise and shock to me. It was completely out of character and clearly
demonstrated a monumental lapse in judgement on her part.                    Cheryl's
life, legacy, reputation and name are all now permanently damaged, as a result of her tragic
mistake. She understands the tremendous error in judgement she made which has resulted in
the loss of her job, work and career she worked so hard to create. Your Honor I would hope
you would take into account the punishments that she and her family have experienced
already and take that into consideration in your sentencing. Thank you for considering my
request.            Nathaniel J. McFadden


Sent from my iPhone

**William Brennan**

| | |
|---|---|
| **From:** | Darrin C. Milling <dcm516@gmail.com> |
| **Sent:** | Wednesday, January 15, 2020 6:21 PM |
| **To:** | William Brennan |
| **Subject:** | to Honorable Catherine C. Blake |

January 15, 2020

To: Honorable Catherine C. Blake
      United States District Judge

From: Darrin Coleman Milling

I am Chery D. Glenn's nephew and refer to her as 'Aunt Poochie,' as she is affectionately known in the Jennings family.

In fact, I would not exist without her initiative to introduce my father to my mother.

Aunt Poochie was present at my birth at  John Hopkins Hospital (1968) and was, as always, helpful to my mom in every way.

As a child and now as an adult,  I love my aunt and know her to be a fun, yet responsible , individual who has always made her family proud.

In closing, Cheryl has been at every significant moment of my life and is one of the matriarchs of my family- I know her very well.

Kind regards ,
Darrin Coleman Milling

1

Tuesday, February 4, 2020

The Honorable Catherine Blake
United States District Judge

My Name is Pete Moody

I am the president of the Gardenville Neighborhood Association (GNA). I have held this volunteer job since 1990 only stepping away for two years during this tenure. GNA is made up of 219 homes (homeowners & rental tenants) covering seven streets and zip code 21206.

I have known Cheryl Glenn and family as a neighbor since 1993 where we met as a result of her grand-daughter attending my wife's Home Day Care Center. Over the years we became closer friends as neighbors. About 1995 I asked Cheryl about becoming a volunteer member of the Gardenville Neighborhood Association since she lived in our neighborhood. She accepted the offer and became a board member. Over the years she worked in concert with other board members to achieve GNA's organizational goals to keep our neighborhood safe, clean, healthy, property upkeep and to prevent and ensure enforcement (If needed) of crime issues in our neighborhood. Cheryl worked as our volunteer liaison person for getting city officials, political representatives, community organizations and other organizations to work with us in achieving these goals.  At one point she orchestrated in getting than Mayor Kurk Schmoke and the media to visit our neighborhood to see our accomplishment and to address our priority needs.

On the behalf of GNA  she worked with city officials and the Frankfort Improvement Association in obtaining funding to get a badly needed kids-youth athletic field (Radecke Park) renovated for the youth baseball and football leagues. She was instrumental in the Radecke Park new design in getting a walking track, concession stand, equipment facility space, bathrooms and parking spaces added on to that design.  Along with other projects she worked on; her individual and join efforts with others proved to be beneficial to the future stability and growth of all the communities in our area.

Although Ms. Glenn moved on to seek and obtain political office, leaving the GNA board, she continued to maintain residence in our neighborhood, attending neighborhood meetings and providing help to our neighbors and GNA when needed. -------  As she always said "Her Door Is Always Open ".

I feel that Ms. Glenn has been honest, trusting, and loyal. She exhibits good conduct and is dependable. In short, I have always known her as a positive good  natured person working to make a difference.


William (Pete) Moody  (President)
Gardenville Neighborhood Association (GNA)
5916 Laclede Rd, Baltimore, Md 21206
410-325-9242

To: The Honorable Catherine C. Blake, United States District Judge

From: Rev. Janice Mosby

Subject: Character Letter for Cheryl Jennings Glenn

Date: 05/29/20

Your Honorable Judge,
I am pleased to offer a character reference for Cheryl Jennings Glenn. I have known her for over 50 years. We met at Western. High School and continued our friendship until now. I know her to be a loyal friend, an exceptional wife, daughter, mom and grandmother. She is currently responsible for taking care of her granddaughter and provides a home for her.

I have had numerous opportunities to interact with her as we both attended and supported community activities to provide guidance and help for young people and women entrepreneurs. While at these affairs, she generally did not even have a chance to enjoy her meals because she was always approachable and took time to speak with everyone who desired to meet her and seek her advice.

I last interacted with her at our 50th High School Reunion. Cheryl added to my enjoyment of the affair by her fun loving, gracious spirit. She has proven to be a thoughtful and loving friend. We both shared stories and experiences about being the primary caregivers for our moms as they experienced health and aging issues. She helped to encourage me and to lighten my spirit. I am grateful to call her my friend.

**Edith J. Patterson, Ed.D.**
*Legislative District 28*
Charles County

Ways and Means Committee
*Subcommittees*
Chair, Racing and Gaming
Early Childhood

*Chair*
Charles County House Delegation



The Maryland House of Delegates
6 Bladen Street, Room 429
Annapolis, Maryland 21401
410-841-3247 · 301-858-3247
800-492-7122 *Ext.* 3247
Edith.Patterson@house.state.md.us

# THE MARYLAND HOUSE OF DELEGATES
## Annapolis, Maryland 21401

January 16, 2020


The Honorable Catherine C. Blake
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland

Dear Judge Blake,

I have been request to forward a character reference letter on behalf of Cheryl D. Glenn, a former colleague in the Maryland General Assembly and Chair of the Legislative Black Caucus of Maryland (LBCM). I am pleased to do so.

I first met Delegate Glenn in 2014 when I entered the Maryland House of Delegates as the District 28 Representative. I would soon realize what a pivotal role she would play in helping me and others to become acclimated to the inner workings, duties and responsibilities of the legislative processes at the state level. Although I had prior political experiences as a County Commissioner for Charles County and twelve years on the elected school board performing fiduciary, administrative and leadership duties, she provided critical insights and sound counsel along mentorships to several entering freshmen regarding procedural and regulatory workings of the General Assembly. This was especially noted in her sharing insights into Committee oversights, organizational structures, historical foundations of her district (45) along with  the incredible legacy of the LBCM.

Delegate Glenn  spoke with fervor and pride when citing  her relationships with former members of the General Assembly and the invaluable roles the prior leaders played in their hard fought stance to ensure the continuous mission of the Caucus to ensure racial equity and a voice in decision making.  Furthermore, as Chair of the LBCM, she presented an incredible knowledge of the prior challenges and successes garnered when groups, districts and regions worked collaboratively. This was especially noted during her tenure as  LBCM Chair and observed as she worked extremely hard to create a cohesive organization that created annual priorities reflective of the Black communities and worked along with the House of Delegates. In addition she was determined to include   the governor's various cabinet offices (Secretaries) and legislative

projects/proposals in presentations before Caucus members.  Throughout her tenure she remained steadfast in her resolve to create equity opportunities for citizens who were disenfranchised.
Similarly, her passion and advocacy for her district and city were equally parallel with her commitment to secure funding/settlement of the lawsuit re: Historically Black Colleges and Universities (HBCUs). Throughout her tenure she encouraged the Caucus to keep this initiative as a number one priority.

Lastly during the 90 Day session, we stayed at the same hotel and usually had both breakfast and dinner together. During those intimate settings, we frequently spoke of family, offered comments on having loving/caring sisters and more personally the observation both of us were political widows. She shared/cited her profound love and deep respect for her late husband and the lessons and strength she garnered as a result of their relationship. In closing, our interactions have always been one where we sought ways to help others and shared our challenges and concerns over the lack of opportunities for those less fortunate.

Thank you for giving this letter consideration.

Sincerely,

Delegate Edith J. Patterson
Legislative District 28

January 09,2020


To whom it may concern:


Cheryl Glenn is a very special friend. I have known her for over 50 years. Within those 50 years I can honestly say that MS. Glenn is a very honest, loyal, compassionate, loving, spiritual woman. She would help anyone in need.  She has helped raise her grandkids and have always taught them to be honest and respectful people. She raised two daughters of her own and also raised three step kids.  When her husband fell ill she took very good care of him.

 She has always been a hard worker and is very dedicated at what she does.  Ms. Glenn would give her last to anyone in need. For example when my son was a young teenager he was going down the wrong path; since she was a very close friend of mine I always go to her for advice not only did she give me the advice I needed she also stepped in as being my son's Godmother and of course put her foot down and guided him in the right direction and helped him get a job. And even encouraged him to go to college at which he attended Winston State University.  While raising my four boys as a single mom, Cheryl was always there to give a listening ear and shoulder to cry on. Not only was Cheryl Glenn a friend to me she was also a friend to my mom. She helped my mom get a job with Baltimore City School System where my mom retired after working 20 plus years.


She loves giving back to the community; she would always find ways to motivate and encourage any struggling person or family. She would always have a hot meal for those who were hungry.  She would always volunteer where ever she could.

Ms. Glenn is a remarkable person and I have nothing but good things to say about her.  She will always be a true friend to me as well as a good friend to others.


Yours respectfully,


Clarice Richardson
IT Specialist for the Federal Government

## William Brennan

| | |
|---|---|
| **From:** | Barbara Robinson <barbara4025@verizon.net> |
| **Sent:** | Tuesday, January 14, 2020 11:00 PM |
| **To:** | William Brennan |
| **Subject:** | Character letter for Cheryl D. Glenn |

| | |
|---|---|
| To: | William C. Brennan, Jr. 6305 Ivy Lane, Suite 700; Greenbelt, MD. 20770 |
| From: | Retired State Senator, Barbara A. Robinson |
| Date: | January 14, 2020 |
| Re: | Character Letter for Cheryl D. Glenn |

I have known Cheryl and her family for more than fourteen years. I know her to be a woman of integrity. She and I worked on several legislative projects together and I trusted her leadership on several issues. For Cheryl Glenn to spend time in prison would cause a tremendous amount of emotional pain on her family, as she is the matriarch and the glue that holds her family together.

As the chair of the Legislative Black Caucus of Maryland, I have seen her use her time and personal resources to help underprivileged, inner city children. She and I with other community leaders traveled to Washington, D.C. to engage the assistance of some congressional leaders in an effort to help Maryland's small business climate. The conduct for which Cheryl is accused does not describe the public servant I have come to know and respect.

Sincerely,

Barbara A. Robinson

Retired State Senator

1

March 31st, 2020


The Honorable Catherine C. Blake

United States District Judge


Dear Honorable Judge Catherine C. Blake,


My name is Aaron Savage, I am the second eldest grandchild, and it is my great pleasure to provide this character reference for my Grandmother Cheryl Glenn. I have been on this earth for 25 years, and my grandmother has been here for them all; and because of this I have experienced 25 years of memories, 25 years of lessons, and 25 years of love. As I wrote this letter, I searched back through those years to try to find a word to describe her, that would encapsulate the essence of her character. The word that came to mind was selflessness. My Grandmother has always been a joyful giver, but this giving was not exclusive to just family; anyone who knew me knew my Grammy, whether it be friends, teammates, or coaches. I can recall various occasions, where myself and six or seven other teammates would leave a game and come straight to my grandmother's house because everyone knew they could come get a plate. No matter what she was doing at the time she would always stop and make sure everyone ate. Her selflessness and sacrifice have impacted the lives of so many people. To this day, if you were to come to the Glenn household at 3 a.m. on the morning of Thanksgiving, you would find a hardworking Cheryl Glenn, stirring, whisking, and seasoning every piece of food within arms-reach; all to ensure the best for her family. This is a testament to my Grandmother's character, and it shows her level of selflessness, and dedication to serving others.

My grandmother means the world to me, and not because she makes the best waffles ever, or because she sends me care packages whenever my refrigerator is empty, but because she's the coolest, most hip, grandmother on the planet. My grandmother is a real-life Rockstar. She is a woman of resilience, strength, and intelligence, and I have no doubt that she will continue to impact and inspire others, just as she has done for me.



Sincerely,

Aaron Savage
aaronsavage34@gmail.com
443-804-1571

May 25, 2020


The Honorable Catherine C. Blake

United States District Judge


Dear Judge Blake,

If I could use one word to describe my grandmother, Cheryl Glenn, it would be optimistic. Growing up in Baltimore, not many people are able to withstand adversity and still come out successful.  Everything that she has ever had, she worked hard for because she knew the out coming product of hard work.  My grandmother has been nothing but continuous blessings not only to our nuclear family but people throughout the neighborhoods, the City, even my friends. It's always been an open arms mentality in the Glenn household.  She is not just my Grammy but she's Grammy to many more.  When I receive opportunities to speak with older people that work/know my grandmother, they only have great things to say, never any negatives.  We, as a family, have a saying that we try our best to live by and that's "Aspire to inspire before we expire", which is pretty self-explanatory!

I just turned 21 years old on May 1st, and I can honestly say that my grandmother has helped me so much my entire life.  When school reopens, I will be a Junior at Norfolk State University. Every month my grandmother sends me money to help me with expenses.  She regularly travels to see me play football.  Whenever I have needed anything, she is always there to help, no matter what.  Now that she is turning 69 years old on May 27th, I hope I can continue to enjoy her being in my life for many more years.  I need my grandmother.

Thank you,

Brandon T. Savage

443-922-5008

brasavage21@gmail.com

The Honorable Catherine C. Blake

United States District Judge

May 24, 2020

I am writing in hopes that these words could help you to see what an amazing, selfless, and strong woman Cheryl Glenn is. I am writing to vouch for the character of my great grandmother in love, Cheryl (known to our family as Grammy); who faces criminal sentencing before your court.

I have known Grammy for 6 years as I have been married to her first grandson going on three years In July. I have also had the honor of welcoming her first great-grandchild into the family in January 2019. Unfortunately, I am writing to you under these circumstances, but I remain convinced that she possesses the determination to learn from this experience and the power to fight toward better days.

Grammy is the type of woman who is respectable, trustworthy, has good moral judgment and character. Her love for others and her family runs deep and to the point where she consistently put others before herself. I have seen this plenty of times in the many years I have known her.

She is the grandmother who spends every thanksgiving on her feet shopping, cooking, and cleaning so that she can see the smiles on her family faces. Year after year she says she will cut back on cooking so much food but never does because she takes pride in serving others and making sure everyone else is happy and content.

One thing I have witnessed is that she loves to give more than she receives. One time she promised my sister to come to her graduation cookout. We lived 2 hours away and she knew that she had problems with her physical body that makes it nearly impossible for her to drive long distances without her legs locking up on her. It did not matter to her because she made a promise. This is just one example throughout her life that she has shown empathy and good character.

I consider myself to be a great judge in character as I am a mental health therapist who works alongside children, adults, and at-risk families. I witness constantly how the family unit is very important. She is essential to our family. Myself, my husband, and her great-grandchild depend on her.

Please consider these words and the people who depend on her.

Respectfully,

Destinee Savage

May 25th, 2020

Dear The Honorable Catherine C. Blake U.S. District Judge,


     My name is Michael Adonis Savage, I am the eldest grandson of Cheryl D. Glenn. I have known Cheryl Glenn my entire life, and in fact the first 8 months of life as an infant were spent in her home. I am now 26 years old, and for all the time I have known Cheryl Glenn she has continually been a beacon of light and strength. She has often been very upfront about what she stands for, and has always strived to do the right thing. She often taught me and my siblings while we were young that you should always do the right thing even if no one is looking, even if it hurts to do it because living in truth brings freedom and liberty. And as to the best of my knowledge and what I have witnessed from her actions, even when she did not know that I was looking, she  has always lined up with the virtuous characteristics of honesty, hardwork, and reliability. Many times, and still to this day Cheryl Glenn would open her home to friends & family for fellowship and quality time spent. I cannot count on my hands how many times she has invited people over to laugh and enjoy a good time, while she would cook and clean up after everyone. In fact, she would do it so much that she would ignore her own basic needs even as an elderly woman; to the point that I, myself or other friends and family members would have to insist that she sit down and relax. I know this to be true about people; you have those who only care about themselves and their own needs, and will even allow others to suffer at the expense of their own peace. And then you have people like Cheryl Glenn who are the most unselfish types of people you could ever meet. It is rare that an individual will open up their bowels of compassion and try to serve everyone on their own, without looking for help, without looking for approval, or praise. Cheryl Glenn embodies the spirit of a servant, both to her community and to her friends & family. Her ability to sacrifice and put others before herself is truly a miracle. To find out that she was charged and can face time in prison is completely shocking to me because her entire life has shown the complete opposite of actions that would warrant any type of imprisonment. As a family member of Cheryl Glenn, as a respecter of Cheryl Glenn; sentencing her to time in prison would be devastating towards the family. No only that, but it would be devastating and detrimental to Cheryl Glenn herself. She is an elderly woman who has served her community on countless occasions. She has lost her late husband, and struggles frequently with the loss of her spouse. And she has been able to press on and continue to live largely on the fact that she has had her family around her to love her, encourage her, and support her. For

Cheryl Glenn to face imprisonment would be detrimental to her health and life. Our nation has suffered many losses of family members due to the Covid-19 pandemic and I don't want to loose Cheryl. Cheryl Glenn loves life, she loves people and she loves living and existing with the family and friends that the good Lord God  has blessed her with.


Signed,
      Michael A. Savage

Honorable Catherine C Blake, United States District Judge

Good Afternoon,

   My name is Niki Savage, I am the oldest daughter of the former Delegate, Cheryl Glenn. I wanted to share my thoughts with you on the person that the world knows as Delegate but I know as Mom. I will be 50 years old this year and for most of my life I have witnessed my mother as a staunch advocate and defender of the rights of the people who she has served. The recent events that have brought my mother to this moment are in no way indicative of the person that she truly is. Cheryl Glenn is a mother, a grandmother, and a great-grandmother. She is the "cornerstone" to our family unit.   My mother comes from very humble beginnings, she grew up in a broken home in the heart of Baltimore City, witnessed Domestic Violence as a child, and experienced homelessness as a child-often sleeping on the sofas of her friends. Although her childhood was rough, my mother pulled herself up by her bootstraps and worked hard to make something of herself and THAT she did.

   I have witnessed my mother rise from the ashes as a survivor of an abusive marriage. A marriage which ultimately resulted in her being widowed and a mother of 2 at a young age. After the violent death of her first husband she was homeless again for the 2nd time in life, this time she had her children with her. My mother worked hard as an employee of the Baltimore City School System and then she catapulted her career as one of the founding members of the City Union of Baltimore. Her passion for helping others motivated her to act as an advocate and a voice for those employees who could not/would not speak for themselves. She worked hard and her hard work resulted in her being elected as the very first President of the newly formed City Union of Baltimore, representing over 800 employees of the City of Baltimore. As the President of CUB, my mother earned her respect in the community as a tough negotiator often going toe to toe with top officials of the Police and Fire Departments, Public Works and the School System on behalf of her constituents. She was always just a phone call away for anyone in need. Her union roots ultimately ushered her into the world of politics. As a Delegate for the great State of Maryland, my mother worked hard to be the kind of representative that would fight for legislation that would benefit those who had been under served in the past…education and recreation were always near and dear to her heart as she believed that children are the future of our community and servicing the youngest members of our community would lead to a better tomorrow. Anyone who paid a visit to Annapolis knew that when Cheryl Glenn believed in a cause that she would work tirelessly to see it through. Domestic violence advocates called her a friend as she worked hard to implement legislation to protect victims from their violent partners. She sponsored legislation that protected victims of domestic violence from prosecution if they had to break a lease to ensure their safety. She also sponsored legislation to keep violent partners from being able to legally carry a gun if there was an exparte issued against them. In short, Cheryl Glenn used her unfortunate beginnings as a victim of Domestic Violence as motivation to be a voice for the people. My mother worked her way through the rank and file of Annapolis and was elected as the Chair of the Legislative Black Caucus, addressing the needs of not just her Constituents in the 45th district but for the entire State of Maryland. She has led a life of service. Every year she awarded scholarship money to deserving college students and graduating high school seniors. I know that it may sound cliché but she was a representative FOR THE PEOPLE, not for recognition or ambition but for the love of the ability to positively affect change and assist her community. She has also served as a mentor to many prominent leaders in today's legislature and City government.

Outside of politics Cheryl Glenn has always been one who provides and supports her loved ones. There has never been a time that I have needed her and she wasn't there. Her Grandkids never have to ask, she just does whatever is needed to support them financially, emotionally and physically when she can. We have a family of athletes and on any given night you can find Grammy, as the kids call her, at a wrestling match, track meet, or football game supporting her grandkids. She is the matriarch of our family and the glue that keeps us together. My husband was recently diagnosed with ALS and this is a difficult time for our family. My mother has been of constant support to my family and I cant imagine going through this traumatic time without her. It is my hope that she is judged by the totality of her life and not by one mistake as she IS and HAS BEEN so much more to so many.

June 29, 2020


The Honorable Catherine C. Blake
United States District Judge

To Honorable Catherine Blake,

I am submitting this letter on behalf of Cheryl D. Glenn.  Of all the letters that you receive, I have the distinction of knowing her longer than any other relationships submitted.  I am Cheryl's older sister.  Of the four original sisters, we are the only two left.  Therefore, I have known her all of her life.

She has always been an outgoing person and very project driven.  This showed in her interests and focus in sports such as softball, bowling, and karate when she was younger.  She always wanted to excel.  This drive carried over to her doing well in the Select A Course at Western High School.  As an adult, Cheryl worked very hard in the PTA at her child's school and was elected President several times.  She was dissatisfied with the lounge area at the school for teachers and staff so she took charge of the project to raise funds, get the staff and volunteers involved to redo and make an up to date lounge in the school.  Everyone was happy.

Cheryl was always concerned about her family.  When our mother and stepfather were living in Virginia, our mother at one point was beginning to feel frightened and threatened by our stepfather's behavior.  Cheryl talked her husband into making a spur of the moment trip to Virginia with her to bring our mother back to Baltimore for her safety and to put some space between her and our stepfather.  We thought that he was getting some form of dementia and needed to be evaluated.  On that trip, Cheryl took steps for our stepfather to be sent to the hospital in Petersburg, VA for testing.

I have known Cheryl to be an honest person and we have always had each other's back.  Our mother lived with me for the last four years of her life.  When she was diagnosed with terminal cancer, Cheryl and I agreed to share in her care.  She never let me down as she took care of the medications and refills needed.  She would even come over on Sunday and bring dinner for us all; as well as measuring and refilling the pill boxes for the week.

Cheryl has been a good friend and excellent "baby sister".  Following the death of my husband, I was included in many trips and occasions that she and her husband participated in.  I was usually her guest whenever she could include me in meals and events that she attended.  She knows that I am a "people person" and would enjoy socializing with all the various groups of people.

Page 2.

Cheryl focused a lot of her work life on social issues. When she worked for the city, she was not comfortable with the working conditions of the clerical workers, so she organized the City Union of Baltimore to represent those employees. During her time in the General Assembly, she was constantly drafting bills and fighting for issues that would enhance the labor movement. Fighting to get minority participation in the medical marijuana business was another mission that took a great amount of her time and energy; a much larger investment than most people would have given.

This case is so out of character for Cheryl that it is still hard for me to understand how it happened.

Since Cheryl lost her husband 5 years ago, she has been the Head of Household for her and her granddaughter, Taylor who they raised since she was 8 months old. Even though Taylor is a young adult now, she has totally relied on Cheryl for her lifestyle. Imprisonment will mean that Taylor would have lost both parent figures and her stability.

There is more that I could write, but I thought that I would try to be concise. I appreciate the opportunity to share these thoughts with you.

Sincerely,

Joyce J. Smith

March 23, 2020

Re: Cheryl Glenn

To The Honorable Catherine Blake;

I am writing this letter on behalf of Cheryl Glenn. I was never asked to write this letter, I contacted Cheryl Glenn who put me in contact with her lawyer who provided me the format to prepare this letter. I have known Cheryl Glenn as a good friend and neighbor for over 20 years. Although is seems hard to believe given the circumstances, Cheryl is a person of good moral character.

Cheryl Glenn displays a high degree of integrity, rsponsbility and commitment to the community. Cheryl Glenn is a skilled leader who always maintains professionalism and a great sense of duty that has always  been shown to members in the community. Cheryl Glenn played a big part in legalizing medical marijuana to improve the quality of life for those suffering from chronic illnesses. Cheryl Glenn supported higher education by helping students financially to continue their education. Increase in violence is a big problem in the city, Cheryl Glenn was reponsible for the building of recreation center where children have a safe place to play but also helps to decrease the violence in our city.

 I can truly understand how difficult it is for you to have to make decision of this type and under these circumstances without really knowing the person in front of you. It is my sincere hope the court takes this letter into consideration at the time of sentencing. I still believe Cheryl Glenn to be an honorable individual, a valuable member to my community, and a good human being.

Sincerely,

Marguerita Webb

July 8, 2020

The Honorable Catherine C. Blake
United States District Judge

Your Honor,

My name is Deena White. I have the absolute honor and privilege to refer to Cheryl Glenn as Aunt Cheryl. I remember when I was first introduced to Aunt Cheryl, she welcomed me with open arms. Although her blood does not run through my veins, she treats me and give me the same access as her blood relatives. I admire her strength and integrity. When she gives her word, she does what she says she is going to do. On the contrary, when she's asked to do something that is morally or ethically wrong, she also has no problem declining or saying no, I have witnessed this to be a fact.

I strive in my daily life to make her proud and honestly, it is disheartened that I must minimize my appreciation and thankfulness for her and her support to this letter. However, as much as she has sacrificed for myself and the countless number of other, this letter is the least I can do to articulate my experience of her character to you.

When I was in college studying Criminal Justice Administration, I remember Aunt Cheryl's encouraging words of wisdom for me as I struggled at times with my field of study. She also sent me care packages and would send me back with groceries for my apartment.

Aunt Cheryl is loyal, honest, responsible, hardworking, and accountable. I have experienced and witnessed acts of selflessness, generosity and support for those who have needed her resources and even for those who didn't deserve it.

Aunt Cheryl has fought injustice and inequality for all people. Whether it is through her commitment to her family, friends, church family, Baltimore City community or people in general. She has committed her life to doing the right thing and going without some of the things she should have for the sake of others having a better life. I consider her to be a pioneer for generations behind her and a pillar for her community at large. Anyone who has been blessed to know or work alongside her has truly been blessed. Any sentence greater than freedom would be a grave injustice and disservice her family and all of us who depend on her expertise, love, encouragement, and support.

Respectfully Submitted,

*Deena White*

Deena White
410-960-5539
deena.white87@gmail.com