**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. CCB-19-0351** |
| | * | |
| **CHERYL DIANE GLENN,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

<u>**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**</u>

The United States of America, by its attorney, Robert K. Hur, United States Attorney for the District of Maryland, respectfully moves this Court for the issuance of a Preliminary Order of Forfeiture in the above-captioned case pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure. A proposed Preliminary Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1.     On July 23, 2019, the United States of America filed an Information, charging Cheryl Diane Glenn (the "Defendant") with Honest Services Wire Fraud, in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 1346 (Count One), and Travel Act offenses, in violation of 18 U.S.C. § 1952 (Count Two). ECF No. 1.

2.     The Information also included a forfeiture allegation which provided notice that the United States intended to seek forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of the Defendant of the offenses alleged in Counts One and Two of the Information.

3.     On January 22, 2020, the Defendant pled guilty to the offenses alleged in Counts One and Two of the Information. ECF. No. 11. As part of her guilty plea, the Defendant agreed to entry of an order of forfeiture to include a money judgment in the amount of $33,750 in U.S.

currency equal to the amount the Defendant solicited or accepted in bribe payments. *Id.* ¶11.

4.      The United States has subsequently determined that $15,000 of the bribes solicited by the Defendant was recovered by law enforcement. Accordingly, the parties agree that the amount of the forfeiture money judgment should be $18,750 in U.S. currency.

5.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is now entitled to a forfeiture money judgment in the amount of $18,750 against the Defendant.

6.      Further, the United States may move at any time, pursuant to Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(p), to forfeit any property of the defendant up to the value of the forfeiture money judgment included in the Preliminary Order of Forfeiture.   Upon issuance of any order forfeiting specific property, the United States will publish notice in accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure.

7.      The United States also seeks permission to conduct any discovery that might be necessary to identify, locate, or dispose of forfeited property, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m).

WHEREFORE, the United States requests that this Court:

(a)      enter the Preliminary Order of Forfeiture in the form submitted herewith;

(b)      include the forfeiture, as set forth in the Preliminary Order of Forfeiture, in the oral pronouncement of the Defendant's sentence;

(c)      retain jurisdiction for the purpose of enforcing the forfeiture; and

(d)       incorporate the Preliminary Order of Forfeiture in the criminal judgment entered against the Defendant, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4).

Respectfully submitted,

Robert K. Hur
United States Attorney

By:      /s/ _____
         Leo J. Wise
         Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Preliminary Order of Forfeiture, as well as the proposed Preliminary Order of Forfeiture, were filed through the Electronic Case Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/
Leo J. Wise
Assistant United States Attorney