# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Case No. 1:19-CR-00351-1-CCB** |
| **CHERYL DIANE GLENN** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 10th day of December, 2020, that Nicholas Madiou is hereby appointed to represent the individual.

/s/
_____

Catherine C Blake
UNITED STATES DISTRICT JUDGE