# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | * |
| | Case No.: CCB-19-0351 |
| **CHERYL GLENN** | * |
| **Defendant** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Standing Order 2019-04, please enter my appearance as counsel in this case to pursue compassionate release for Ms. Glenn.

I certify that I am admitted to practice in this court.

December 14, 2020        /s/
                         Nicholas G. Madiou
                         Bar Number 30176
                         6305 Ivy Lane, Suite 700
                         Greenbelt, Maryland 20770
                         301-474-0044 (telephone number)
                         301-474-5730 (facsimile number)
                         nickmadiou@gmail.com