IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. CCB-19-0351 |
| CHERYL DIANE GLENN, | |
| Defendant | |

## MOTION TO SEAL

The United States of America, by and through Robert K. Hur, United States Attorney for the District of Maryland, and Leo J. Wise, Assistant United States Attorney, respectfully moves this Court for an order sealing the Government's Response to the Defendant's Emergency Motion for Compassionate Release Pursuant to 28 U.S.C. § 3582(c)(1)(A)(i).  The Defendant submitted a Memorandum in Support of Emergency Motion for Compassionate Release under seal and the Government's response discuses that filing.

Respectfully submitted.

Robert K. Hur
United States Attorney

*/s/ Leo J. Wise*_____
Leo J. Wise
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing were sent electronically to counsel for the Defendant.

/s/ *Leo J. Wise*_____
Leo J. Wise
Assistant United States Attorney