**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. CCB-19-0351 |
| CHERYL DIANE GLENN, | |
| Defendant | |

### ORDER

Upon consideration of the motion filed by the United States to seal its response to the Defendant's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), the Court having considered the specific factually-based reasons advanced for the requested sealing and having determined that there are no reasonable alternatives to sealing that would provide sufficient protection, it is hereby

ORDERED, that the Government's Motion to Seal is GRANTED; and it is further ORDERED, that the Government's Response to the Defendant's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is hereby SEALED.

Dated: _____    _____
                          Hon. Catherine C. Blake
                          United States District Court Judge