# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**          *

    **vs.**          *          **Case No.: CCB-19-0351**

**CHERYL DIANE GLENN**          *

    **Defendant**

\* \* \* \* \* \* \* \* \*

## LINE WITHDRAWING EMERGENCY MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

Comes Now, Ms. Cheryl Glenn, by and through undersigned counsel, Nicholas G. Madiou, and William C. Brennan, Jr. Brennan, McKenna & Lawlor, Chtd., and respectfully files this line withdrawing the previously filed emergency motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). In support of this pleading, counsel state the following:

1. On December 14, 2020, Ms. Glenn filed an emergency motion for compassionate release pursuant 18 U.S.C. § 3582(c)(1)(A).

2. On December 23, 2020, the United States filed a response in opposition to Ms. Glenn's motion.

3. Since the filing of Ms. Glenn's motion for compassionate release she has been released from custody by the Bureau of Prisons and transferred to serve her remaining term of incarceration on home confinement.

1

4.     At this time, the undersigned counsel respectfully files this line withdrawing Ms. Glenn's previously filed emergency motion for compassionate release pursuant 18 U.S.C. § 3582(c)(1)(A).

Respectfully submitted,

/s/

_____

Nicholas G. Madiou, Esq.
William C. Brennan, Jr, Esq.
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
nickmadiou@gmail.com
wbrennan@brennanmckenna.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 7, 2021, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Maryland.

/s/

_____

Nicholas G. Madiou, Esq.